UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARY BURNS and MARGARET MONTOYA, <br><br> Plaintiff, <br><br> vs. <br><br> WHITE PINE COUNTY ex rel WHITE PINE COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | 3:08-CV-0515-BES (VPC) <br><br> <u>MINUTES OF THE COURT</u> <br><br> January 8, 2009 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

   Plaintiffs have filed a Motion to Allow Telephonic Appearance (Doc. #11). Good cause appearing,

   Plaintiffs' Motion to Allow Telephonic Appearance (Doc. #11) is <u>GRANTED</u>.  Plaintiff Margaret Montoya shall be allowed to appear telephonically for the Early Neutral Evaluation scheduled on Tuesday, January 20, 2009, at 1:30 p.m.

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk